UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JOSHUA HARRIS,

Defendant.

26 Cr. 262-2 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has been in communication with counsel for Defendant Joshua Harris regarding Mr. Harris's request to substitute counsel. Accordingly, the Government and defense counsel for Mr. Harris are hereby ORDERED to appear for a change of counsel hearing on **August 10, 2026**, **at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: August 5, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge