UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

UNITED STATES OF AMERICA

-v.-

JOSHUA HARRIS,

Defendant

-----------------------------------X

1:26CR00262

ORDER

The Honorable Katherine Polk Failla, District Judge:

It is hereby ORDERED Defendant's bail is modified to include: home incarceration enforced by location monitoring with the location monitoring component to be at the discretion of Pretrial Services.

Dated: New York, New York
November 20, 2026

SO ORDERED:

Katherine Polk Failla

______________________________
Katherine Polk Faila
United States District Judge